UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LAUREN COOK and
TYLER COOK                                                                                           PLAINTIFFS

vs.                                                                                   Civil No. 1:24-cv-148-GHD-DAS

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY                                                                                     DEFENDANT

### ORDER

Pursuant to an opinion issued this day, it is hereby **ORDERED** that Defendant Allstate's Motion to Dismiss Certain Counts in Plaintiff's Complaint [11] is **GRANTED IN PART** and **DENIED IN PART**. The Motion is **GRANTED** as to the Plaintiffs' negligence, gross negligence, bad faith, and unfair trade practices claims, and those claims are **DISMISSED WITH PREJUDICE**. The Motion is **DENIED** as to the Plaintiffs' request for emotional distress damages, and as a result it may proceed in this Court.

SO ORDERED, this the 28th day of October, 2024.

_____
SENIOR U.S. DISTRICT JUDGE